**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**JAMES WYMER,**

      **Plaintiff,**

**VS.**                       **Case No. 4:16cv160-RH/CAS**

**KEN BURDICK, WELLCARE,
et al.,**

      **Defendants.**
_____/

**ORDER and REPORT AND RECOMMENDATION**

Plaintiff, proceeding pro se, submitted a civil rights complaint, ECF No. 1, and a motion seeking leave to proceed in forma pauperis, ECF No. 2.  Good cause having been shown, the motion is granted and the Clerk of Court shall file the complaint without requiring payment of the filing fee.

Plaintiff's complaint, ECF No. 1, has been reviewed.  Plaintiff names several Defendants in Section II of the complaint form, ECF No. 1 at 2, all of which Plaintiff indicates are located in Tampa, Florida.  That location is not within the territorial jurisdiction of this Court.  Nevertheless, it does not appear that this case should be transferred for two reasons.

First, Plaintiff has not alleged that any named Defendant violated his federal constitutional rights, nor has Plaintiff alleged that he suffered any harm.  Plaintiff generally complains that he was not treated in a respectful manner, but failing to be "civil" to other persons is not a violation of one's civil rights.

Second, it appears appropriate to dismiss this case because it is likely that Plaintiff has abandoned this litigation.  Plaintiff recently submitted approximately 14 cases to this Court.  Most of his cases were submitted on March 14 or 15, 2016, but Plaintiff also submitted two more cases on March 23, 2016, and one additional case on March 25, 2016.  The last case filed, case number 4:16cv187-MW/CAS, reveals that the "notice to pro se litigants," ECF No. 3, which is routinely sent from the Clerk's Office upon case initiation, was returned to the Court as "undeliverable."  ECF No. 4.  The mail has a postal stamp which states: "Return to Sender; Unable to Forward."  *Id.*  If mail from this Court cannot reach Plaintiff, this case cannot continue.  Accordingly, there is no reason for further review, or transfer, in light of the fact that it appears Plaintiff may not receive this Order and will not continue this case.   This case should be summarily dismissed.

Accordingly, it is **ORDERED** that Plaintiff's motion seeking leave to proceed in forma pauperis, ECF No. 2, is **GRANTED**.

It is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** because it fails to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on April 18, 2016.


 s/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days of this Report and Recommendation.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:16cv160-RH/CAS